May 20th, 2015.

Louise Pearson, Clerk.
Court of Crimional Appeals.
Supreme Court Bldg., RM. 106.
201 W. 14th., P.O. Box 12308.
Capitol Sta.- Austin, TX. 78711-2308

Re: P.D.R. Time Extension

Dear Clerk,
   Enclosed you will find my PRO-SE Defendants Motion for Time
Extension, for P.D.R. Please file this motion, and bring it to the
attention to the Honorable Court.

   Please file date and stamp this letter and motion and return it
to the address listed for me below.

   I also request that you notify me of the Courts ruling of the
motion.

                                    Thank You,

                                    David Samaripas Jr.
                                    #1555601
                                    Ramsey Unit
                                    1100FM 655
                                    Rosharon, Tx. 77853          5-20-15

                                    **FILED IN**
                                    COURT OF CRIMINAL APPEALS

                                    MAY 26 2015

                                    Abel Acosta, Clerk

CC. FILD

                    One pg. Cover letter        **RECEIVED IN**
                                                COURT OF CRIMINAL APPEALS

                                                MAY 26 2015

                                                Abel Acosta, Clerk

(1) of (3)

IN THE COUURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

------------------------------------------

DAVID SAMARIPAS JR.
VS
THE STATE OF TEXAS

------------------------------------------

Appeal No. 13-11-00442-CR

------------------------------------------

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

------------------------------------------

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:
COMES NOW, DAVID SAMARIPAS JR.,Petitioner, and filees this
Motion for an Extension of Sixty Days -60- in which to file a
Petition for Discretionary Review. In support of this motion
Appeallant will show the Court the following:

1.

The petitioner was convicted in the Brazos County Court,
272nd District, for the offense of Engaging in Organized Crime.
Styled:STATE OF TEXAS VS DAVID SAMARIPAS JR. The Petitioner
appealed to the 10th Court of Appeals, but was later transferred
to the 13th Circuit pursuant to a docket equalization order
issued by the Supreme Court of Texas. This case was affirmed
on April 30th., 2015.

2.

The present deadline for filing the Petition for Discretio-
nary Review is May 30th, 2015. The Petitioner has not requested
any extension prior to this request.

3.

Petitioners request for an Extension is based upon the
following facts: Petioner was not informed of the Court of Appeals
affirming until May 8th, 2015. Although appeallant attorney did
mail letter in timely fashion the T.D.C.J. mail room did not get
letter to petitioner until the 8th., it was certified and I had
to sign. Furthermore in this letter, petitioners attorney,
Mr. Richard Wetzel informed petitioner that this letter would
conclude his representation, and he would not be filing a PDR
on appeallants behalf. Petitioner is attempting, along with the
help of his Family, to obtain legal representation in this matter
Petitioner has since mailed out numerous letters, and is
awaiting responses, and to hear from Family on phone calls they've
made. Petitioner has no formal schooling, training, skills, or
expertise in the law, or the appeal process. It is simply taking
some time to find a lawyer within petitioners Family's budget, and
communication from prison to outside world has taken up chunks
of the time allowed.

WHEREFORE, all things considered , Petitioner PRAYS this HONORABLE COURT -GRANT- this Motion and EXTEND the deadline for filing this Petition for Discretionary Review in Cause No: 13-11-00442-CR., to the SIXTY DAYS requested.

Petitioner, PRO-SE
DAVID SAMARIPAS JR.
#1555601
Ramsey Unit
1100 FM 655
Rosharon, Texas. 77583

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above foregoing First Motion for an Extension of Time to file a Petition for Discretionary Review has been forwarded by the U.S. Mail postage , first class, to the Attorney of the State for the Court of Criminal Appeals @, Court of Criminal Appeals, Supreme Court Bldg., RM. 106. 201 W. 14th., P.O. Box 12308 Capital Sta., Austin, Texas., 78711-2308. , on this, the 20th. day of May,2015.

Petitioner, PRO-SE
DAVID SAMARIPAS JR.

I, DAVID SAMARIPAS JR., #1555601-T.D.C.J. I.D., being currently incarserated @ the Ramsey Unit, verify and declare under penalty of perjury that the foregoing statements are true and correct, executed on this 20th., day of May. 2015.

Petitioner, PRO-SE
DAVID SAMARIPAS JR.
#1555601
Ramsey Unit
1100 FM 655
Rosharon, Texas.77583

by

CC/ FILD
DAVID SAMARIPAS JR.